**Bert Ferguson, appellee, v. Jeremiah Grace, appellant.**

Action against tenant for forcible detainer. Judgment for plaintiff. Appeal from the Circuit Court of Macon county; the Hon. William K. Whitfield, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed October 22, 1918. Rehearing denied April 3, 1919.

Le Forgee, Black & Samuels, for appellant. Whitley & Fitzgerald and John A. Walgren, for appellee.

Mr. Justice Graves delivered the opinion of the court.

# FIRST DISTRICT.

**Bertram Henry Stedwell, by John Stedwell, appellee, v. City of Chicago et al., appellants. Gen. No. 24,252.**

Action to recover for personal injuries resulting from contact with electric wire. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Affirmed. Opinion filed May 21, 1919.

Samuel A. Ettelson and William H. Devenish, for appellants; Robert H. Farrell, of counsel. Charles C. Spencer and Alonzo M. Griffen, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**Joseph Damato, by Andrew Damato, appellee, v. Consumers Company, appellant. Gen. No. 24,266.**

Action to recover for personal injuries as result of being struck by truck. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Samuel C. Stough, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1918. Reversed with a finding of fact. Opinion filed May 21, 1919.

John A. Bloomingston, for appellant. George E. Gorman and Charles V. Barrett, for appellee.

Mr. Presiding Justice O'Connor delivered the opinion of the court.

**The People of the State of Illinois, defendant in error, v. Martin Krause, plaintiff in error. Gen. No. 24,351.**

Prosecution for practicing medicine and surgery without license. Judgment of guilty. Error to the Municipal Court of Chicago; the Hon. John Richardson, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1918. Affirmed. Opinion filed May 21, 1919. Rehearing denied June 2, 1919.

Alonzo M. Griffen, for plaintiff in error. Maclay Hoyne and Edward E. Wilson, for defendant in error.

Mr. Presiding Justice O'Connor delivered the opinion of the court.